# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 16    38**

SHAUN VINCENT KELLEY,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 2423(c) - Engaging in Illicit Sexual conduct in Foreign Places;
18 U.S.C. § 2428 - Forfeiture

---

A true bill.

_____
                Foreman

Filed in open court this __2nd__ day of
__Feb, 2016__.

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Clerk —— ROSE MAHER

NO BAIL ARREST WARRANT    Bail, $

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**— OFFENSE CHARGED —**

18 U.S.C. § 2423(c) – Illicit Sexual Conduct in Foreign Places

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum penalties: up to 30 years in prison; up to a $250,000 fine; supervised release for at least 5 years and up to life; $100 special assessment; restitution; forfeiture

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**— DEFENDANT - U.S —**

▶ Shaun Vincent Kelley

DISTRICT COURT NUMBER

**CR 16 38 SI**

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Philip Kopczynski

**— DEFENDANT —**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           )   CR 16 38
                                        )
13       Plaintiff,                     )
                                        )   VIOLATION: 18 U.S.C. § 2423(c) – Engaging in Illicit
14  v.                                  )   Sexual Conduct in Foreign Places; 18 U.S.C. § 2428 –
                                        )   Forfeiture
15  SHAUN VINCENT KELLEY,               )
                                        )
16       Defendant.                     )   San Francisco Venue
                                        )
17  _____

18                      I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE:     (18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places)

21       From in or around September 2013 and continuing through at least June 10, 2015, the defendant,

22                      SHAUN VINCENT KELLEY,

23  a United States citizen, did knowingly travel in foreign commerce, and reside, either temporarily or

24  permanently, in the Kingdom of Thailand, and on or about June 10, 2015, did engage in illicit sexual

25  conduct, namely, a commercial sex act as defined in Title 18, United States Code, Section 1591, with

26  Minor 1, who was 14 years of age at the time of the illicit sexual conduct.

27       All in violation of Title 18, United States Code, Section 2423(c).

28  ///

INDICTMENT

| | |
|---|---|
| 1 | <u>FORFEITURE ALLEGATION:</u>   (18 U.S.C. § 2428 – Forfeiture) |
| 2 | The allegations in Count One of this Indictment are re-alleged and incorporated by reference for |
| 3 | the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428, and Federal |
| 4 | Rule of Criminal Procedure 32.2. |
| 5 | Upon conviction of the offense alleged in Count One, the defendant, |
| 6 | SHAUN VINCENT KELLEY, |
| 7 | shall forfeit to the United States any property, real or personal, that was used or intended to be used to |
| 8 | commit or to facilitate the commission of the offense, and any property, real or personal, constituting or |
| 9 | derived from any proceeds obtained, directly or indirectly, as a result of such offense. |
| 10 | If any of the property described above, as a result of any act or omission of the defendant: |
| 11 | a.   cannot be located upon the exercise of due diligence; |
| 12 | b.   has been transferred or sold to, or deposited with, a third party; |
| 13 | c.   has been placed beyond the jurisdiction of the court; |
| 14 | d.   has been substantially diminished in value; or |
| 15 | e.   has been commingled with other property which cannot be divided without |
| 16 | difficulty, |
| 17 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, |
| 18 | United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). |
| 19 | All pursuant to Title 18, United States Code, Section 2428. |
| 20 | DATED:                                                                                   A TRUE BILL |
| 21 | 2/2/16 |
| 22 | /s/ FOREPERSON |
| 23 | BRIAN J. STRETCH<br>Acting United States Attorney |
| 24 | |
| 25 | |
| 26 | DAVID R. CALLAWAY<br>Chief, Criminal Division |
| 27 | (Approved as to form: /s/ ) |
| 28 | SAUSA KOPCZYNSKI |

INDICTMENT                                                                 2