# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET



FILED
2016 FEB -2 P 12: 32
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NO. DIST. OF CA.

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. Shaun Vincent Kelley

**Case Number:** CR 16 38 SI

**Total Number of Defendants:**
- 1 ✓
- 2-7 ☐
- 8 or more ☐

**Is This Case Under Seal?**
- Yes ☐
- No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes ☐
- No ✓

**Venue (Per Crim. L.R. 18-1):**
- SF ✓
- OAK ☐
- SJ ☐
- EUR ☐
- MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes ☐
- No ✓

**Assigned AUSA (Lead Attorney):** Philip Kopczynski

**Is this a RICO Act gang case?**
- Yes ☐
- No ✓

**Date Submitted:** February 2, 2016

**Comments:**

Save | Print | Clear Form

July 2013